# HAAPALA, ALTURA, THOMPSON & ABERN, LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| JOHN E. HAAPALA<br>JUDITH B. ALTURA<br>CLYDE A. THOMPSON<br>STEVEN SHERIFF ABERN<br>AARON F. MACLEITCH<br>REBECCA S. WIDEN | PARK PLAZA BUILDING<br>1939 HARRISON STREET, SUITE 800<br>OAKLAND, CALIFORNIA 94612-3527<br><br>TELEPHONE (510) 763-2324<br>FACSIMILE (510) 273-8570<br>E-MAIL: cthompson@hatalaw.com | ANDREA A. NAJOR<br>MARGARET M. LESNIAK<br>JULIE M. MANEKER<br>BENJAMIN A. THOMPSON<br>NIMA SHAAHINFAR<br>SEWALI K. PATEL<br><br>JODY STRUCK, OF COUNSEL |

November 22, 2005

Via Electronic Filing & Golden State Overnight

Honorable James Larson
Magistrate Judge of the United States District Court
Courtroom F
450 Golden Gate Blvd.
San Francisco, California 94102-3483

Re:   Neitzel v. County of Marin, et al.
      Action No. C05-3128 JL
      Hearing:  December 7, 2005

Dear Judge Larson:

We are in receipt of the Court's November 18, 2005 Notice Of Continuance Of Case Management Conference, which reschedules the conference to December 7, 2005 at 10:30 a.m.

We respectfully request a short continuance of this hearing as we have conflicts on our calendar for that day.  As lead counsel in the above-entitled action, I would be the attorney from this office attending the conference.  However, I am traveling to the Central Valley to attend a longstanding deposition of plaintiff in another multi-party matter.

We have spoken with all other counsel in this action, and a Case Management Conference on December 14, 2005, is available to counsel and hopefully to the Court.

Thank you for your consideration.

                                        Very truly yours,

                                        HAAPALA, ALTURA,
                                        THOMPSON & ABERN, LLP

                                            /s/

                                        Clyde A. Thompson
                                        (Direct Dial 510-466-6026)

CAT/lcd

   cc:   Randall H. Scarlett (via e-filing notification)
         Cal J. Potter, III (via e-filing notification)
         Steve Perl (via US mail)

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge James Larson]