1  RANDALL H. SCARLETT, CSB 135554
   ROBERT E. ORMISTON, CSB 141857
2  SCARLETT LAW GROUP
3  536 Pacific Avenue
   San Francisco, CA 94133
4  Telephone: (415) 352-6264
   Facsimile: (415) 352-6265
5  Email: info@scarlettlawgroup.com

6  CAL J. POTTER, III, ESQ., Nevada Bar No. 001988
   POTTER LAW OFFICES
7  1125 Shadow Lane
   Las Vegas, NV 89102
8  Telephone: (702) 385-1954
9  Facsimile: (702) 385-9081
   Email: info@potterlawoffices.com
10
   Attorneys for Plaintiff,
11 JACOB DAVID NEITZEL,
   by and through his Conservator
12 Mary Catherine Powers-Neitzel

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 | JACOB DAVID NEITZEL, by and through his | Case No.: C 05-03128 JL |
   | Conservator Mary Catherine Powers-Neitzel, | |
17 | | **STIPULATION AND REQUEST** |
   | Plaintiff, | **TO CONTINUE CASE** |
18 | | **MANAGEMENT CONFERENCE** |
   | vs. | |
19 | | |
   | COUNTY OF MARIN; MARIN COUNTY JAIL; | |
20 | MARIN COMMUNITY MENTAL HEALTH; | |
   | SHERIFF ROBERT DOYLE in his individual and | Date: May 10, 2006 |
21 | official capacity of Sheriff of the County of Marin; | Time: 10:30 a.m. |
   | BRUCE GARGANUS, in his individual and official | Dept.: Courtroom F, 15th Floor, |
22 | capacity of Director of Marin Community Mental | Magistrate Judge Larson |
   | Health; DR. VOYE; STATE OF CALIFORNIA; | |
23 | CALIFORNIA DEPARTMENT OF | |
24 | CORRECTIONS; and DOES 1-100, INCLUSIVE, | |
25 | Defendants. | |

26

27
                                    1
28    **STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT
                            CONFERENCE**

*SCARLETT LAW GROUP*
*536 Pacific Avenue*
*San Francisco, CA 94133*

1  WHEREAS, the parties are currently conducting settlement negotiations. On May 2,
2  2006, the parties completed an initial settlement session with MAGISTRATE JUDGE
3  MARIA-ELENA JAMES. A second settlement session has been set for May 15, 2006 with
4  MAGISTRATE JUDGE MARIA-ELENA JAMES.
5  In view of such ongoing settlement negotiations, the parties respectfully request and
6  stipulate that the Case Management Conference Set for May 10, 2006 be reset to a date and
7  time convenient for the Court which is approximately two weeks (or later) after the parties'
8  May 15, 2006 settlement conference.

DATED: May 9, 2006

SCARLETT LAW GROUP

By _____
Robert E. Ormiston, Esq.
Attorneys for Plaintiffs

DATED: May 9, 2006

HAAPALA, ALTURA, THOMPSON & ABERN LP

By _____
Clyde A. Thompson, Esq.
Attorneys for defendants

The Case Management Conference has been continued to June 7, 2006 @ 10:30 a.m. in Courtroom F.



IT IS SO ORDERED
Judge James Larson

2
STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133