1  Clyde A. Thompson, SBN 6026
   Rebecca S. Widen, SBN 219207
2  HAAPALA, ALTURA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:   510-763-2324
4  Fax:   510-273-8570

5  Patrick Faulkner
   COUNTY COUNSEL
6  Steven M. Perl, SBN 100074
   DEPUTY COUNTY COUNSEL
7  3501 Civic Center Drive, Suite 303
   San Rafael, California 94903-522
8  Tel:   (415) 499-6117
   Fax:   (415) 499-3796
9
   Attorneys For Defendants
10 COUNTY OF MARIN, SHERIFF ROBERT DOYLE,
   BRUCE GARGANUS, PETER VAUGHEY, M.D.
11

12                    UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

14 JACOB DAVID NEITZEL, by and through  )  Case No.: C05 3128 JL
   his Conservator Mary Catherine       )
15 Powers-Neitzel,                      )  **STIPULATION AND (PROPOSED)**
                                        )  **ORDER RE CONTINUATION OF CASE**
16           Plaintiff,                 )  **MANAGEMENT CONFERENCE**
                                        )
17      vs.                             )
                                        )
18 COUNTY OF MARIN; MARIN COUNTY        )
   JAIL; MARIN COMMUNITY MENTAL         )
19 HEALTH; SHERIFF ROBERT DOYLE in his  )
   individual and official capacity of Sheriff of )
20 the County of Marin; BRUCE GARGANUS, )
   in his individual and official capacity of )
21 Director of Marin County Community Mental )
   Health; DR. VOYE; STATE OF           )
22 CALIFORNIA; CALIFORNIA               )
   DEPARTMENT OF CORRECTIONS; and       )
23 DOES 1-100, INCLUSIVE,                )
                                        )
24           Defendants.                 )
                                        )
25

26       Pursuant to the Court's suggestion, the parties hereby stipulate, by and through their

27 respective counsel, that due to the scheduling of a further Settlement Conference with

28

---

1

*Neitzel v. County of Marin, et al.*/#C 05 3128 JL
Stipulation And (Proposed) Order Re Continuation Of Case Management Conference

1 Magistrate Judge Maria-Elena James, the Case Management Conference currently set for
2 June 7, 2006, is continued to **August 30, 2006, at 10:30 a.m., Courtroom F, 15th Floor,**
3 **455 Golden Gate Avenue, San Francisco, California, with Magistrate Judge James Larson.**

4 Dated: June 1, 2006     SCARLETT LAW GROUP

6 By: _____
7     Robert E. Ormiston
    Attorneys For Plaintiff

8 Dated: June 1, 2006     HAAPALA, ALTURA
                         THOMPSON & ABERN, LLP

10 By: _____
11     Clyde A. Thompson
    Attorneys for Defendants

**ORDER**

The Court having considered the parties' proposed stipulation requesting a continuance of the Case Management Conference on June 7, 2006, and there being good cause,

IT IS HEREBY ORDERED that the Case Management Conference is rescheduled to **August 30, 2006, at 10:30 a.m.**

Dated: June 2, 2006

IT IS SO ORDERED
Judge James Larson

*(Sidebar: Haapala, Altura, Thompson & Abern LLP, Attorneys At Law, Park Plaza Building, 1939 Harrison St., Suite 800, Oakland, California 94612, Telephone: 510-763-2324, Facsimile: 510-273-8570)*

2