1  Clyde A. Thompson, SBN 6026
   Rebecca S. Widen, SBN 219207
2  HAAPALA, ALTURA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:   510-273-8570

5  Patrick Faulkner
   COUNTY COUNSEL
6  Steven M. Perl, SBN 100074
   DEPUTY COUNTY COUNSEL
7  3501 Civic Center Drive, Suite 303
   San Rafael, California 94903-522
8  Tel:    (415) 499-6117
   Fax:   (415) 499-3796

9
   Attorneys For Defendants
10 COUNTY OF MARIN, SHERIFF ROBERT DOYLE,
   BRUCE GARGANUS, PETER VAUGHEY, M.D.

11

12                          UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| 14  JACOB DAVID NEITZEL, by and through his Conservator Mary Catherine Powers-Neitzel,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF MARIN; MARIN COUNTY JAIL; MARIN COMMUNITY MENTAL HEALTH; SHERIFF ROBERT DOYLE in his individual and official capacity of Sheriff of the County of Marin; BRUCE GARGANUS, in his individual and official capacity of Director of Marin County Community Mental Health; DR. VOYE; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS; and DOES 1-100, INCLUSIVE,<br><br>            Defendants. | Case No.: C05 3128 JL<br><br>**STIPULATION AND (PROPOSED) ORDER RE CONTINUATION OF CASE MANAGEMENT CONFERENCE** |

26        Due to the scheduling of a further Settlement Conference with Magistrate Judge

27 Maria-Elena James set for September 13, 2006, the parties hereby stipulate, by and through their

28

---

1

*Neitzel v. County of Marin, et al.*/#C 05 3128 JL
Stipulation And (Proposed) Order Re Continuation Of Case Management Conference

respective counsel that the Case Management Conference currently set for August 30, 2006, be rescheduled to an available date on the Court's calendar following the September 13, 2006 Settlement Conference.

Dated: August 24, 2006          SCARLETT LAW GROUP

By:_____/s/ Robert E. Ormiston_____
　　　　Robert E. Ormiston
　　　　Attorneys For Plaintiff

Dated: August 24, 2006          HAAPALA, ALTURA
　　　　　　　　　　　　　　　　　THOMPSON & ABERN, LLP

By:_____/s/ Rebecca S. Widen_____
　　　　Rebecca S. Widen
　　　　Attorneys for Defendants

**ORDER**

The Court having considered the parties' proposed stipulation requesting a continuance of the Case Management Conference set for August 30, 2006, and there being good cause,

IT IS HEREBY ORDERED that the Case Management Conference is rescheduled to _____, at **10:30 a.m.**

Dated:

_____
Magistrate Judge James Larson

IT IS SO ORDERED
Judge James Larson

2

*Neitzel v. County of Marin, et al.*/#C 05 3128 JL
Stipulation And (Proposed) Order Re Continuation Of Case Management Conference