| | |
|---|---|
| 1 | RANDALL H. SCARLETT, CSB 135554 |
| 2 | ROBERT E. ORMISTON, CSB 141857<br>SCARLETT LAW GROUP |
| 3 | 536 Pacific Avenue<br>San Francisco, CA 94133 |
| 4 | Telephone: (415) 352-6264 |
| 5 | Facsimile: (415) 352-6265<br>Email: info@scarlettlawgroup.com |
| 6 | CAL J. POTTER, III, ESQ., Nevada Bar No. 001988 |
| 7 | POTTER LAW OFFICES<br>1125 Shadow Lane |
| 8 | Las Vegas, NV 89102<br>Telephone: (702) 385-1954 |
| 9 | Facsimile.: (702) 385-9081<br>Email: info@potterlawoffices.com |
| 10 | |
| 11 | Attorneys for Plaintiff,<br>JACOB DAVID NEITZEL, |
| 12 | by and through his Conservator<br>Mary Catherine Powers-Neitzel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DAVID NEITZEL, by and through his Conservator Mary Catherine Powers-Neitzel,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MARIN; MARIN COUNTY JAIL; MARIN COMMUNITY MENTAL HEALTH; SHERIFF ROBERT DOYLE in his individual and official capacity of Sheriff of the County of Marin; BRUCE GARGANUS, in his individual and official capacity of Director of Marin Community Mental Health; DR. VOYE; STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS; and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: C 05-03128 JL<br><br>**STIPULATION AND REQUEST TO CONTINUE PROVE UP SETTLEMENT HEARING**<br><br>Date: October 4, 2006<br>Time: 9:30 a.m.<br>Dept.: Courtroom F, 15th Floor,<br>Magistrate Judge Larson |

1
**STIPULATION AND REQUEST TO CONTINUE PROVE UP SETTLEMENT HEARING**

WHEREAS, the parties have settled the case and are still working on obtaining the approvals needed for settlement and therefore respectfully request and stipulate that the Prove Up Settlement Hearing Set for October 4, 2006 be reset to a date and time convenient for the Court such as November 8, 2006.

The Case Management conference continued from October 18th to November 8, 2006 at 10:30 a.m.

DATED: October 3, 2006

SCARLETT LAW GROUP

By _____
Robert E. Ormiston, Esq.
Attorneys for Plaintiffs

DATED: October 3, 2006

HAAPALA, ALTURA, THOMPSON & ABERN LP

By _____
Clyde A. Thompson, Esq.
Attorneys for defendants

October 4, 2006

**IT IS SO ORDERED**
*Judge James Larson*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**STIPULATION AND REQUEST TO CONTINUE PROVE UP SETTLEMENT HEARING**