1  RANDALL H. SCARLETT, CSB 135554
   ROBERT E. ORMISTON, CSB 141857
2  SCARLETT LAW GROUP
   536 Pacific Avenue
3  San Francisco, CA 94133
   Telephone:  (415) 352-6264
4  Facsimile:   (415) 352-6265
5  Email: info@scarlettlawgroup.com

6  CAL J. POTTER, III, ESQ., Nevada Bar No. 001988
   POTTER LAW OFFICES
7  1125 Shadow Lane
   Las Vegas, NV 89102
8  Telephone:  (702) 385-1954
9  Facsimile:   (702) 385-9081
   Email: info@potterlawoffices.com
10

11 Attorneys for Plaintiff,
   JACOB DAVID NEITZEL,
12 by and through his Conservator
   Mary Catherine Powers-Neitzel
13

**FILED**

DEC 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16 JACOB DAVID NEITZEL, by and through his         Case No.:  C 05-03128 JL
   Conservator Mary Catherine Powers-Neitzel,
17                                                 [PROPOSED] ORDER APPROVING
                                                   SETTLEMENT
18              Plaintiff,

19              vs.                                Date:       November 8, 2006
                                                   Time:       11:00 a.m.
20 COUNTY OF MARIN; MARIN COUNTY JAIL;             Courtroom: F, 15th Floor
   MARIN COMMUNITY MENTAL HEALTH;                       Magistrate Judge James Larson
21 SHERIFF ROBERT DOYLE in his individual and
   official capacity of Sheriff of the County of Marin;
22 BRUCE GARGANUS,  in his individual and official
   capacity of Director of Marin Community Mental
23 Health; DR. VOYE;  STATE OF CALIFORNIA;
   CALIFORNIA DEPARTMENT OF
24 CORRECTIONS; and DOES 1-100, INCLUSIVE ,

25              Defendants.

26

27

28

                              1
                   ORDER APPROVING SETTLEMENT

SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133

1    WHEREFORE, the motion of plaintiff JACOB DAVID NEITZEL, by and through his

2    Conservator Mary Catherine Powers-Neitzel, came on for hearing at teha bove date and time

3    and the appearances of the parties having been stated on the record, the Court having considered

4    the papers filed herein, and the evidence and arguments of counsel,

5        IT IS HEREBY ORDERED THAT:  the $300,000.00 settlement between plaintiff

6    JACOB NEITZEL, by and through his Conservator Mary Catherine Powers-Neitzel, and

7    defendants, is hereby found to be fair,  reasonable, and in the best interests of plaintiff, and is

8    hereby approved. The net proceeds from the settlement, after payment of the $116,957.00 for

9    plaintiff's attorneys' fees and costs, and after resolution of any liens, may be paid to the Jacob

10   Neitzel Special Needs Trust which will be administered by his mother Mary Catherine Powers-

11   Neitzel as Trustee.

12

13   Dated:   12-21-06

14

15

16

17

18   MAGISTRATE JUDGE JAMES LARSON

19

20

21

22

23

24

25

26

27

28

2
**ORDER APPROVING SETTLEMENT**