United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB DAVID NEITZEL,

    Plaintiff,

  v.

COUNTY OF MARIN, ET AL.,

    Defendants.
_____/

No. C 05-3128   JL

**ORDER TO MEET AND CONFER; CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference scheduled for January 10, 2007 is hereby continued to January 24, at 10:30 a.m. The parties are hereby ordered to meet and confer in person and present a joint written report to the Court describing the nature of their dispute over the terms and execution of the settlement of this case. This joint report shall be no longer than three pages, without attachments or exhibits, and shall include each party's proposed resolution of the problem and a time line for compliance. The report shall be submitted to the Court on or before January 17, 2007.

    IT IS SO ORDERED.

DATED: January 8, 2007

_____
James Larson
United States Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\05-3128\Meet-and-Confer.wpd