| | |
|---|---|
| 1 | Clyde A. Thompson, SBN 72920 |
| | Rebecca S. Widen, SBN 219207 |
| 2 | HAAPALA, ALTURA, THOMPSON & ABERN LLP |
| | 1939 Harrison Street, Suite 800 |
| 3 | Oakland, California 94612-3533 |
| | Tel: 510-763-2324 |
| 4 | Fax: 510-273-8570 |
| 5 | Patrick Faulkner |
| | COUNTY COUNSEL |
| 6 | Steven M. Perl, SBN 100074 |
| | DEPUTY COUNTY COUNSEL |
| 7 | 3501 Civic Center Drive, Suite 303 |
| | San Rafael, California 94903-522 |
| 8 | Tel: (415) 499-6117 |
| | Fax: (415) 499-3796 |
| 9 | |
| | Attorneys for Defendants |
| 10 | COUNTY OF MARIN, SHERIFF ROBERT DOYLE, |
| | BRUCE GARGANUS, PETER VAUGHEY, M.D. |
| 11 | |
| | Randall H. Scarlett |
| 12 | Robert E. Ormiston |
| | SCARLETT LAW GROUP |
| 13 | 536 Pacific Avenue, 1st Floor |
| | San Francisco, California 94133 |
| 14 | Tel: 415-352-6264 |
| | Fax: 415-352-6265 |
| 15 | |
| | Cal J. Potter, III |
| 16 | POTTER LAW OFFICES |
| | 1125 Shadow Lane |
| 17 | Las Vegas, Nevada 89102 |
| | Tel: 702-385-1954 |
| 18 | Fax: 702-385-9081 |
| 19 | |
| | Attorneys for Plaintiff |
| | JACOB DAVID NEITZEL, by and through his |
| 20 | Conservator Mary Catherine Powers-Neitzel |
| 21 | UNITED STATES DISTRICT COURT |
| 22 | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO |

| | | |
|---|---|---|
| 23 | JACOB DAVID NEITZEL, by and through ) | Case No.: C05 3128 JL |
| | his Conservator Mary Catherine ) | |
| 24 | Powers-Neitzel, ) | **JOINT REPORT** |
| | ) | |
| 25 | Plaintiff, ) | |
| | ) | |
| 26 | vs. ) | |
| | ) | |
| 27 | COUNTY OF MARIN; et al. ) | |
| | ) | |
| 28 | Defendants. ) | |

*Neitzel v. County of Marin, et al./#C 05 3128 JL*
Joint Case Management Statement And Proposed Order

1     Pursuant to the Court's January 8, 2007 order, the parties hereby submit their Joint Report concerning the status of their recent settlement.

    The parties are pleased to report that they have resolved all pending issues, that the settlement documents have been executed, and that all consideration has been paid over to plaintiffs' counsel. As the settlement is now finalized, the parties request that the Court enter an order dismissing the pending action with prejudice.

Dated: January 17, 2007      HAAPALA, ALTURA THOMPSON & ABERN, LLP

By: _____/s/_____
    Rebecca S. Widen
    Attorneys for Defendants

Dated: January 17, 2007      SCARLETT LAW GROUP

By: _____
    Robert Ormiston
    Attorney For Plaintiff

January 19, 2007

**IT IS SO ORDERED**
/s/ James Larson
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

*Neitzel v. County of Marin, et al.*/#C 05 3128 JL
Joint Report