Clyde A. Thompson, SBN 6026
Rebecca S. Widen, SBN 219207
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:  510-273-8570

Patrick Faulkner
COUNTY COUNSEL
Steven M. Perl, SBN 100074
DEPUTY COUNTY COUNSEL
3501 Civic Center Drive, Suite 303
San Rafael, California 94903-522
Tel:   (415) 499-6117
Fax:  (415) 499-3796

Attorneys For Defendants
COUNTY OF MARIN, SHERIFF ROBERT DOYLE,
BRUCE GARGANUS, PETER VAUGHEY, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JACOB DAVID NEITZEL, by and through his Conservator Mary Catherine Powers-Neitzel, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF MARIN; et al., <br><br> Defendants. | Case No.: C05 3128 JL <br><br> [PROPOSED] ORDER OF DISMISSAL |

Pursuant to the Court's January 19, 2007 Order, the above-entitled action is hereby dismissed with prejudice, pursuant to FRCP 41(a).

Dated:  January 23, 2007

IT IS SO ORDERED

Hon. Judge James Larson

---

*Neitzel v. County of Marin, et al./#C 05 3128 JL*
[Proposed] Order Of Dismissal

1